1  Tanya E. Moore, SBN 206683
   Zachary M. Best, SBN 166035
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email:  service@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Jose Acosta

7

8

9              **UNITED STATES DISTRICT COURT**

10             **EASTERN DISTRICT OF CALIFORNIA**

11

12  JOSE ACOSTA,                           )   No.  1:16-cv-01258-LJO-BAM
                                           )
13             Plaintiff,                  )   **SECOND STIPULATION FOR**
                                           )   **EXTENSION OF TIME FOR ALL**
14      vs.                                )   **DEFENDANTS TO RESPOND TO**
                                           )   **COMPLAINT; [PROPOSED] ORDER**
15  GREAT AMERICAN INVESTMENTS, INC.,)
    dba GREAT AMERICAN CAR WASH, et al.,)
16                                         )
               Defendants.                 )
17                                         )
                                           )
18  _____)

1  **WHEREAS,** Plaintiff Jose Acosta ("Plaintiff"), by and through his attorney of record, and Defendants Great American Investments, Inc., dba Great American Car Wash; Zeyad Reyad Elalami; and Mamdouh Reyad Elalami ("Defendants," and together with Plaintiff, "the Parties"), who are presently seeking counsel and are specially appearing on their own behalf for the sole purpose of obtaining this extension, previously entered into a stipulation granting Defendants to and including October 25, 2016 to file a responsive pleading in this matter (Dkt. 6);

**WHEREAS,** the Parties are engaged in settlement negotiations and are hopeful that a settlement can be reached informally, and desire to conserve attorney's fees which would be incurred in filing the responsive pleading while they exhaust settlement efforts;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties that Defendants may have to and including November 16, 2016 to file responsive pleadings in this matter. This extension of time does not alter the date of any event or any deadline already fixed by Court order.

Dated: October 27, 2016                MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff
Arthur Owens

Dated: October 27, 2016                */s/ AJ Rassamni*
Defendant, Great American Investments, Inc., dba Great American Car Wash
By:   AJ Rassamni

Dated: October 27, 2016                */s/ Zeyad Reyad Elalami*
Defendant, Zeyad Reyad Elalami

Dated: October 27, 2016                */s/ Mamdouh Reyad Elalami*
Defendant, Mamdouh Reyad Elalami

I attest that the signatures of the persons whose electronic signatures are shown above are maintained by me, and that their concurrence in the filing of this document and attribution of their signatures was obtained.

>  /s/ Tanya E. Moore
>  Tanya E. Moore
>  Attorneys for Plaintiff,
>  Jose Acosta

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants, Great American Investments, Inc., dba Great American Car Wash; Zeyad Reyad Elalami; and Mamdouh Reyad Elalami, shall have to and including November 16, 2016 within which to file responsive pleadings.

**IT IS SO ORDERED.**

Dated: **October 28, 2016**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE